# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SHARLETT WHITE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:05CV446 |
| v. | ) | |
| | ) | ORDER |
| APEX FINANCIAL MANAGEMENT, L.L.C., | ) | |
| | ) | |
| Defendant. | ) | |

Upon notice of settlement given to the magistrate judge on December 8, 2005 by counsel for the plaintiff,

**IT IS ORDERED that:**

1.  The parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court which will fully dispose of the case **on or before January 9, 2006**. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a)(1)(ii) and shall state whether the dismissal is with or without prejudice.

2.  Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice in accordance with NECivR 68.1.

3.  The approaching deadlines previously scheduled are cancelled upon the representation that this case is settled.

DATED this 8th day of December, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge