### In the United States District Court
### For the District of Nebraska

| | |
|---|---|
| SHARLETT WHITE, | No. 8:05CV446 |
|       Plaintiff, | |
| v. | ORDER |
| APEX FINANCIAL MANAGEMENT, L.L.C., | |
|       Defendant. | |

THIS MATTER came before the Court on the parties' Stipulation for Dismissal with Prejudice. The Court, being fully advised, finds as follows:

IT IS HEREBY ORDERED, the parties' Stipulation is granted and all claims asserted in the above-captioned matter are dismissed, with prejudice, to the extent not otherwise agreed, each party to bear its own costs and attorney's fees.

Dated this 6th day of January, 2006.

BY THE COURT:

s/ Joseph F. Bataillon

4815-3059-5072.1                                                1